AMERICAN BEVERAGE ASSOCIA-TION; California Retailers Association, Plaintiffs-Appellants,

and

California State Outdoor Advertising Association, Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, Defendant-Appellee.

American Beverage Association; California Retailers Association, Plaintiffs,

and

California State Outdoor Advertising Association, Plaintiff-Appellant,

v.

City and County of San Francisco, Defendant-Appellee.

No. 16-16072, No. 16-16073

United States Court of Appeals, Ninth Circuit.

FILED JANUARY 29, 2018

## ORDER

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that these cases be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel disposition in these cases shall not be cited as precedent by or to any court of the Ninth Circuit.

Judge Bybee did not participate in the deliberations or vote in these cases.